IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARCO CELESTINE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-17-13-M |
| CHRISTOPHER PAYNE, et al., | ) |
| Defendants. | ) |

## ORDER

On May 31, 2017, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging defendants violated plaintiff's civil rights. The Magistrate Judge recommended this action be dismissed without prejudice for failure to timely serve defendants and failure to prosecute this action. Plaintiff was advised of his right to file his objection to the Report and Recommendation on or before June 20, 2017. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 11] issued by the Magistrate Judge on May 31, 2017; and

(2) DISMISSES this action without prejudice for failure to timely serve defendants and failure to prosecute this action.

**IT IS SO ORDERED this 12th day of July, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE